In the Matter of the Claim of CLARA FOURNIER, on Behalf of Herself and JUDY FOURNIER and Another, Infants, Respondent, against FIRE DEPARTMENT OF THE VILLAGE OF VALLEY STREAM et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of MARY BEDNAREK, Respondent, against INTERNATIONAL MILLING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.